UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

FILED
February 8, 2006

No. 06-244
3:92-cr-00203-4

In Re: RAUL ARMANDO PILOTO

Movant

---

O R D E R

---

Movant has filed a motion pursuant to 28 U.S.C. Section 2244 for authorization to file a successive application for relief.

The Court denies the motion.

Entered at the direction of Judge Wilkinson with the concurrence of Judge Niemeyer and Judge Hamilton.

For the Court,

/s/ Patricia S. Connor

CLERK

FILED
CHARLOTTE, N.C.
FEB 15 2006
U.S. DISTRICT COURT
W. DIST. OF N.C.

A True Copy, Teste:
Patricia S. Connor, Clerk
BY _Anthony W. Weller_
Deputy Clerk